FARMERS' LOAN & TRUST CO. v. CHICAGO & N. P. R. CO. Appeal of DAENELL. (Circuit Court of Appeals, Seventh Circuit. January 5, 1897.) No. 282. Appeal from the Circuit Court of the United States for the Northern District of Illinois. William Burry and Clark Varnum, for appellant. George P. Miller and F. H. Wichet, for appellee. Dismissed by consent. See 61 Fed. 543; 68 Fed. 412; 19 C. C. A. 477, 73 Fed. 314.

FLANDRAU et al. v. MASSACHUSETTS LOAN & TRUST CO. (Circuit Court of Appeals, Seventh Circuit. January 5, 1897.) No. 309. Appeal from the Circuit Court of the United States for the Western District of Wisconsin. F. W. Cutcheon, for appellant. Dismissed on stipulation.

GORHAM MFG. CO. v. WATSON & NEWELL CO. (Circuit Court of Appeals, First Circuit. October 14, 1896.) No. 188. Appeal from the Circuit Court of the United States for the District of Massachusetts. William A. Jenner, for appellant. Charles E. Mitchell, for appellee. Dismissed, pursuant to the fifth section of the twenty-second rule, for failure to argue. See 74 Fed. 418.

GREENE v. SOCIETE ANONYME DES MATERIEVES COLORANTE ET PRODUITS CHEMEQUES DE ST. DENIS. (Circuit Court of Appeals, First Circuit. January 27, 1898.) No. 221. Appeal from the Circuit Court of the United States for the District of Rhode Island. For opinion of circuit court, see 81 Fed. 64. Richard B. Comstock, Rathbone Gardner, H. G. Hull, and B. N. Lapham, Jr., for appellant. Edmund Wetmore, W. A. Jenner, W. H. Thurston, and L. E. Sexton, for appellee. Before PUTNAM, Circuit Judge, and ALDRICH and LOWELL, District Judges, by whom the following decree was entered: Dismissed, without costs, by agreement on file. Mandate to issue forthwith.

HAMLIN v. CONTINENTAL TRUST CO. OF CITY OF NEW YORK. (Circuit Court of Appeals, Sixth Circuit. July 7, 1896.) No. 430. Appeal from the Circuit Court of the United States for the Western Division of the Northern District of Ohio. Benjamin Harrison and John H. Doyle, for appellants. Willard Parker Butler, for appellees. No opinion. Motion by appellants to advance the cause, and motion by appellees to dismiss the appeal and for a writ of certiorari for diminution of the record, denied. See 72 Fed. 92; 24 C. C. A. 271, 78 Fed. 664.

## HEAP v. TREMONT & SUFFOLK MILLS.

(Circuit Court of Appeals, First Circuit. January 28, 1898.)

No. 205.

PATENTS—INFRINGEMENT—NOVELTY AND INVENTION.

Appeal from the Circuit Court of the United States for the District of Massachusetts.

This was a suit in equity by Charles Heap against the Tremont & Suffolk Mills for alleged infringement of letters patent No. 377,151, issued January 31, 1888, to Henry Nicholas Groselin, Fils, for a machine for napping cloth. The circuit court dismissed the bill on the merits (75 Fed. 406), and the complainant appealed. This court heretofore reversed the decree (82 Fed. 449), but subsequently granted a rehearing on a particular point, as indicated in the opinion below.